JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Danielle Prince,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, ex rel. United States Postal Service,<br><br>Defendants. | Case No. 2:21-cv-01196-JCM-BNW<br><br>**Stipulation to Stay Deadlines** |

Plaintiff Danielle Prince, and Defendant United States of America, through counsel, request that the Court stay the Joint Pre-trial Order deadline currently set for November 7, 2022. The parties further request that the court stay the remaining briefing deadlines as to the United States' motion to limit damages (ECF No. 16).

This is a personal injury case arising out of a motor vehicle accident. Discovery in this matter closed on September 25, 2022. The United States filed a motion to limit Plaintiff's damages on October 7, 2022.

//
//
//
//
//
//
//

The Court granted the parties' stipulation and scheduled a settlement conference for this case to be held on December 7, 2022 (ECF No. 19). The settlement conference may resolve of this case. Accordingly, the parties request that the pre-trial order deadline and the remaining briefing deadlines as to the United States' motion to limit damages (ECF No. 16) be stayed pending the outcome of the settlement conference.

Respectfully submitted this 17th day of October, 2022.

| | |
|---|---|
| HALE INJURY LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ Christian N. Griffin<br>CHRISTIAN N. GRIFFIN, ESQ.<br>1661 W. Horizon Ridge Parkway #200<br>Henderson, Nevada 89012<br>*Attorney for Plaintiff* | /s/ Skyler Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

## ORDER

IT IS ORDERED that ECF No. 21 is GRANTED in part and DENIED in part as moot.

IT IS GRANTED to the extent that the Court will stay the pretrial order deadline.

IT IS FURTHER ORDERED that the Joint Pretrial Order will be due on January 4, 2023 if the parties do not settle in principle at the upcoming settlement conference.

ECF No. 21 is DENIED as moot to the extent it sought to stay the briefing schedule for Defendant's motion to limit damages.

IT IS SO ORDERED
DATED: 3:42 pm, October 18, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE