JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Danielle Prince,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America, ex rel. United States Postal Service,<br><br>　　　　Defendants. | Case No. 2:21-cv-01196-JCM-BNW<br><br>**Joint Status Report** |

　　　　Plaintiff Danielle Prince, and Defendant United States of America, through counsel, hereby submit this joint status report.

　　　　On December 7, 2022, the parties reached a settlement at a settlement conference conducted by Magistrate Judge Weksler (ECF No. 26). The Court's December 7, 2022 Minute Order required "the parties . . . to execute settlement documents, complete settlement, and file dismissal paperwork by 2/7/2023." (ECF No. 26).

　　　　Since the settlement conference, the parties have executed settlement documents and are in the process of completing settlement. However, due to the intervening holiday season, the processing of the payment by the United States Postal Service experienced some delay.

//

//

//

//

Accordingly, the parties hereby jointly provide this joint status report and request an additional 30 days, until March 9, 2023, to file dismissal paperwork.

Respectfully submitted this 7th day of February, 2023.

| | |
|---|---|
| HALE INJURY LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ Christian N. Griffin<br>CHRISTIAN N. GRIFFIN, ESQ.<br>1661 W. Horizon Ridge Parkway #200<br>Henderson, Nevada 89012<br>*Attorney for Plaintiff* | /s/ Skyler Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____

**UNITED STATES MAGISTRATE JUDGE**

DATED: February 8, 2023