1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  SKYLER H. PEARSON
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   skyler.pearson@usdoj.gov
6  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Danielle Prince,<br><br>  Plaintiff,<br><br>  v.<br><br>United States of America, ex rel. United States Postal Service,<br><br>  Defendants. | Case No. 2:21-cv-01196-JCM-BNW<br><br>**Stipulation to Dismiss Case** |

It is hereby stipulated between Plaintiff, Danielle Prince, and Defendant, the United States of America, that this lawsuit be dismissed, with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 14th day of February, 2023.

| | |
|---|---|
| HALE INJURY LAW<br><br> */s/ Christian N. Griffin*<br>CHRISTIAN N. GRIFFIN, ESQ.<br>1661 W. Horizon Ridge Parkway #200<br>Henderson, Nevada 89012<br>*Attorney for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br> */s/ Skyler Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: February 16, 2023